UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SANTA CLARA BEACH & BAY MOTEL; SAN-ERN INC.; AMERICAN A-ONE INVESTMENT CO.; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　　　Defendant. | CASE NO. 06CV2793-L(BLM)<br><br>**FILED**<br>SEP 10 2007<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　DEPUTY<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendant(s) SANTA CLARA BEACH & BAY MOTEL; SAN ERN INC.; AMERICAN A-ONE INVESTMENT CO.; and DOES 1 THROUGH 10, inclusive without prejudice, for want of prosecution.

DATED: SEPTEMBER 4, 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　M. JAMES LORENZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　ENTERED ON _____